# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| HERMAN MILLER, INC., <br><br> Plaintiff/CounterDefendant, <br><br> v. <br><br> L. COHEN GROUP d/b/a LUXURYCHAIR.COM, LEVI COHEN, individually and d/b/a LUXURYCHAIR.COM, MENACHEM FELLIG, individually and d/b/a LUXURYCHAIR.COM, <br><br> Defendants/CounterPlaintiffs, <br><br> and <br><br> DOES 1-10, inclusive, individually and d/b/a LUXURYCHAIR.COM, <br><br> Defendants. | Civil Action No. 05C 4760 <br><br> Judge Grady <br><br> Magistrate Judge Keys |

## AGREED MOTION FOR ENTRY OF CONSENT JUDGMENT

Plaintiff/CounterDefendant, Herman Miller, Inc. ("HMI") hereby respectfully moves the Court for entry of the Consent Judgment filed herewith. HMI and Defendants/CounterPlaintiffs, L. Cohen Group d/b/A Luxurychair.Com, Levi Cohen, Individually and d/b/a Luxurychair.Com, and Menachem Fellig, Individually and d/b/a Luxurychair.Com ("Defendants") have agreed upon a basis for settlement of the matters in dispute, and have agreed upon entry of the Consent Judgment.

Counsel for Defendants have reviewed and agreed to the filing of this Agreed Motion.

Respectfully submitted,

HERMAN MILLER, INC.

| | |
|---|---|
| Dated: April 30, 2007 | By: s/ Nicholas G. de la Torre<br>Harold V. Johnson<br>David H. Bluestone<br>Nicholas G. de la Torre<br>Michael K. Hendershot<br>BRINKS HOFER GILSON & LIONE<br>NBC Tower – Suite 3600<br>455 North Cityfront Plaza Drive<br>Chicago, Illinois 60611<br>Telephone: (312) 321-4200<br>Facsimile: (312) 321-4299 |